IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:02-CR-79-H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PHILLIP ADCOCK, ) | |
| Defendant. ) | |

This matter is before the court upon a letter from defendant [DE #42] regarding the continued viability of a judgment entered in this matter against defendant for $160,000. The United States is directed to respond by filing with this court the legal reasons for the continued viability of the judgment, if any, within 21 days of the filing of this order.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26